appeal petition requesting the issuance of a writ of mandamus to disqualify the military judge in the pending court–martial of Major Nidal M. Hasan, and the accompanying motion to stay proceedings filed on July 18, 2012, it is ordered that said writ-appeal petition and motion to stay proceedings are hereby denied.

Misc. No. 12–8026/AR. Maurice K. Robins, Appellant v. Commandant, United States Disciplinary Barracks, Appellee. CCA 20090996. On consideration of the writ-appeal petition, and Appellant's motion to attach supplemental memo and motion to extend time to perform an act, it is ordered that said writ-appeal petition is hereby denied, and said motions are hereby denied.

No. 12–0398/AR. U.S. v. Ryan A. Bowersox. CCA 20100580. Appellant's motion to extend time to file a brief granted, *but only up to and including August 28, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*